**Fill in this information to identify the case:**

| | |
|---|---|
| **Debtor 1** | Willie Chambliss |
| **Debtor 2** (Spouse, if filing) | |
| United States Bankruptcy Court for the : **Northern** | **District of** Illinois (State) |
| **Case number** | 18-32603 |

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** MTGLQ INVESTORS, L.P.    **Court claim no.** (if known): 3

**Last four digits** of any number you use to identify the debtor's account: XXXXXX7428

**Date of payment change:**
Must be at least 21 days after date of this notice: 3/1/2021

**New total payment:**
Principal, interest, and escrow, if any: $853.95

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $ 281.14    **New escrow payment:** $ 260.98

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

   ☒ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:**       %    **New interest rate:**       %

   **Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

| Debtor 1 | **Willie Chambliss** | Case number *(if known)* 18-32603 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/Toni Townsend                                Date  1/26/2021
   Signature

Print:   Toni              Townsend                Title  Authorized Agent for Creditor
         First Name   Middle Name   Last Name

Company   McCalla Raymer Leibert Pierce, LLC

Address   1544 Old Alabama Road
          Number   Street
          Roswell           GA           30076
          City              State        ZIP Code

Contact phone   (312) 346-9088 X5174                Email   Toni.Townsend@mccalla.com

|  |  |
|---|---|
| In Re: | Bankruptcy Case No.: 18-32603 |
|  | Chapter: 13 |
| Willie Chambliss | Judge: Deborah L. Thorne |

## CERTIFICATE OF SERVICE

I, Toni Townsend, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Willie Chambliss
9515 S Avalon Ave Garden Apt 1st
Chicago, IL 60628

Rodion Leshinsky                    *(served via ECF Notification)*
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603

Marilyn O. Marshall, Trustee        *(served via ECF Notification)*
224 South Michigan, Suite 800
Chicago, IL 60604

U.S. Trustee, Patrick S Layng       *(served via ECF Notification)*
Office of the U.S. Trustee, Region 11
219 S Dearborn St, Room 873
Chicago, IL 60604

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   1/26/2021        By:   */s/Toni Townsend*
        (date)                        Toni Townsend
                                      Authorized Agent for Creditor



Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC  29603 0826
For Inquiries:  (800) 365-7107

WILLIE CHAMBLISS
9515 S AVALON AVE
CHICAGO IL  60628

Analysis Date: December 31, 2020
Loan:
Property Address:
9515 S AVALON AVE
CHICAGO, IL  60628

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Mar 01, 2021 | Prior Esc Pmt | March 01, 2020 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $592.97 | $592.97 | P & I Pmt: | $592.97 | Due Date: | September 01, 2018 |
| Escrow Pmt: | $0.01 | $260.98 | Escrow Pmt: | $281.14 | Escrow Balance: | $4,723.62 |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $10,684.41 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment | $592.98 | $853.95 | Total Payment | $874.11 | Anticipated Escrow Balance: | $15,408.03 |

| Shortage/Overage Information | Effective Mar 01, 2021 |
|---|---|
| Upcoming Total Annual Bills | $3,131.72 |
| Required Cushion | $521.95 |
| Required Starting Balance | $2,087.79 |
| Escrow Shortage | $0.00 |
| Surplus | $13320.24 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 521.95. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 521.95 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from Mar 2020 to Feb 2021. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 2,249.10 | (6,367.41) |
| Mar 2020 | 281.14 | 0.01 | 1,500.19 | | * County Tax | 1,030.05 | (6,367.40) |
| Mar 2020 | | 281.13 | | | * Escrow Only Payment | 1,030.05 | (6,086.27) |
| Apr 2020 | 281.14 | | | | * | 1,311.19 | (6,086.27) |
| May 2020 | 281.14 | | | | * | 1,592.33 | (6,086.27) |
| Jun 2020 | 281.14 | | | | * | 1,873.47 | (6,086.27) |
| Jun 2020 | | | | 1,602.12 | * Hazard | 1,873.47 | (7,688.39) |
| Jul 2020 | 281.14 | | 1,424.12 | | * Hazard | 730.49 | (7,688.39) |
| Jul 2020 | | | | 757.75 | * County Tax | 730.49 | (8,446.14) |
| Aug 2020 | 281.14 | | 449.35 | | * County Tax | 562.28 | (8,446.14) |
| Aug 2020 | | 300.40 | | | * Escrow Only Payment | 562.28 | (8,145.74) |
| Sep 2020 | 281.14 | | | | * | 843.42 | (8,145.74) |
| Oct 2020 | 281.14 | | | | * | 1,124.56 | (8,145.74) |
| Nov 2020 | 281.14 | | | | * | 1,405.70 | (8,145.74) |
| Dec 2020 | 281.14 | | | | * | 1,686.84 | (8,145.74) |
| Jan 2021 | 281.14 | | | | * | 1,967.98 | (8,145.74) |
| Feb 2021 | 281.14 | | | | * | 2,249.12 | (8,145.74) |
| | | | | | Anticipated Transactions | 2,249.12 | (8,145.74) |
| Feb 2021 | | 10,684.41 P | | | | | 2,538.67 |
| | $3,373.68 | $11,265.95 | $3,373.66 | $2,359.87 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing
For Inquiries: (800) 365-7107

Analysis Date: December 31, 2020
Loan:

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 15,408.03 | 2,087.79 |
| Mar 2021 | 260.98 | 1,072.25 | County Tax | 14,596.76 | 1,276.52 |
| Apr 2021 | 260.98 | | | 14,857.74 | 1,537.50 |
| May 2021 | 260.98 | | | 15,118.72 | 1,798.48 |
| Jun 2021 | 260.98 | | | 15,379.70 | 2,059.46 |
| Jul 2021 | 260.98 | 1,301.72 | Hazard | 14,338.96 | 1,018.72 |
| Aug 2021 | 260.98 | 757.75 | County Tax | 13,842.19 | 521.95 |
| Sep 2021 | 260.98 | | | 14,103.17 | 782.93 |
| Oct 2021 | 260.98 | | | 14,364.15 | 1,043.91 |
| Nov 2021 | 260.98 | | | 14,625.13 | 1,304.89 |
| Dec 2021 | 260.98 | | | 14,886.11 | 1,565.87 |
| Jan 2022 | 260.98 | | | 15,147.09 | 1,826.85 |
| Feb 2022 | 260.98 | | | 15,408.07 | 2,087.83 |
| | $3,131.76 | $3,131.72 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year)

Your ending balance from the last month of the account history (escrow balance anticipated) is 15,408.03.  Your starting
balance (escrow balance required) according to this analysis should be $2,087.79.  This means you have a surplus of 13,320.24.
This surplus must be returned to you unless it is less than $50.00, in which case we have the option of retaining in your escrow account.
it and lowering your monthly payments accordingly. As the loan is delinquent, we will not be sending a check for the surplus.
A check will be mailed within 30 days from the date of the analysis if your loan is current.

We anticipate the total of your coming year bills to be 3,131.72.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
| --- | --- |
| Unadjusted Escrow Payment | $260.98 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $260.98 |

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt, please be advised that this notice is to advise you of the status of your mortgage loan.
This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable
bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the
collateral property, which has not been discharged in your bankruptcy.

**Notice of Error or Information Request Address**

You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan
or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Information Request, please write to us at the following address

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC  29603 0826